Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 JAN -7 AM 10: 31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____KNIT_____ DEPUTY

ROGER MICHAEL GOMEZ

vs

ESTATE OF JAMES ROBERT SWAB and DOES 1-10

**SUMMONS IN A CIVIL ACTION**

Case No. 07 CV 2423 W

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Paul J. Molinaro
Fransen & Molinaro, LLP
1101 California Avenue, Suite 102
Corona, California 92881

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. KIMBERLY

JAN 0 7 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)


