Nathan Fransen, SBN 242867
Paul J. Molinaro, SBN 242879
FRANSEN AND MOLINARO, LLP
1101 California Avenue, Suite 102
Corona, CA 92881
Telephone: (951) 520-9684
Fax: (951) 284-1089
nfransen@fransenandmolinaro.com
pmolinaro@fransenandmolinaro.com

Attorneys for Plaintiff, ROGER MICHAEL GOMEZ

FILED
08 JAN -8 PM 12:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

THE ORIGINAL OF THIS DOCUMENT WAS RECORDED ON JAN 07, 2008
DOCUMENT NUMBER 2008-0006751
GREGORY J. SMITH, COUNTY RECORDER
SAN DIEGO COUNTY RECORDER'S OFFICE
TIME: 2:17 PM

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MICHAEL GOMEZ, | CIVIL ACTION NO.: 07 CV 2423 W WMc |
| Plaintiff, | DATE: January 3, 2008 |
| v. | NOTICE OF PENDENCY OF ACTION (LIS PENDENS) |
| ESTATE OF JAMES ROBERT SWAB and DOES 1-10, | |
| Defendants. | PROPERTY ADDRESS: 1625 GRIFFIN STREET, OCEANSIDE, CALIFORNIA 92054 |

**NOTICE IF GIVEN THAT** the above-captioned action was commenced on December 27, 2007, in the above captioned Court by Plaintiff Roger Michael Gomez, against Defendant Estate of James Robert Swab; the action now pending in the above Court.

The above-captioned action alleges a real property claim affecting certain real property that is situated in San Diego County, California, an address of 1625 Griffin Street, Oceanside, California 92054, and that is described as follows: Assessor's Parcel Number: 153-153-07, Legal Description: LOT: 7; BLOCK: C; CITY: OCEANSIDE; SUBDIVISION: W H POTTER SUBDIVISION; RECORDER'S MAP REFERENCE: MAP 2886, County of San Diego, State of

1  California as filed in the Office of the County Recorder of San Diego County.

3  Dated: 01/03/08
4  By: _____
   Paul J. Molinaro
5  Fransen & Molinaro, LLP, Attorneys for Plaintiff Roger Michael Gomez

7  **RECORDING REQUESTED**

8  Recording Requested by Plaintiff Roger Michael Gomez

9  When recorded mail to:

10  Fransen & Molinaro, LLP

11  1101 California Avenue, Suite 102

12  Corona, California 92881

14  **ACKNOWLEDGEMENT**

15  State of California

16  County of RIVERSIDE

18  On 01-03-2008, before me, R. THAI NOTARY PUBLIC, personally
19  appeared PAUL J. MOLINARO ~~personally known to me~~ (or proved to me on the basis of
    satisfactory evidence) to be the person whose name is subscribed to the within instrument and
20  acknowledged to me that he executed the same in his authorized capacity, and that by his signature
    on the instrument the person, or the entity on behalf of which the person acted, executed the
21  instrument.

22  WITNESS my hand and official seal.

[OFFICIAL SEAL
R. THAI
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1596765
RIVERSIDE COUNTY
MY COMM. EXP. AUG. 3, 2009]

(Seal)

Signature: R. Thai

Name of Office: R. THAI

Fransen & Molinaro, LLP
1101 California Ave. Ste. 102
Corona, CA 92881
Tel. (951)520-9684

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of **RIVERSIDE**

On **01-03-2008** before me, **R. THAI NOTARY PUBLIC**,
<sub>Date</sub>                                        <sub>Here Insert Name and Title of the Officer</sub>

personally appeared **PAUL J. MOLINARO**
<sub>Name(s) of Signer(s)</sub>

_____,

**OFFICIAL SEAL**
**R. THAI**
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1596765
RIVERSIDE COUNTY
MY COMM. EXP. AUG. 3, 2009

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____R. Thai_____
<sub>Signature of Notary Public</sub>

Place Notary Seal Above

--- **OPTIONAL** ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: **NOTICE OF PENDENCY OF ACTION**

Document Date: **01-03-2008**    Number of Pages: **02**

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

# PROOF OF SERVICE BY CERTIFIED MAIL

STATE OF CALIFORNIA, COUNTY OF RIVERSIDE

I, Susana Tovar certify and declare as follows: I am a resident of the County of Riverside of Californua; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1101 California Avenue, Suite 102, Corona, which is located in Riverside County in the State of California. On the date below, I served the foregoing documents described as:

1. NOTICE OF PENDENCY OF ACTION (LIS PENDENS)

A copy of which is attached to this Certificate, on the interested parties in said action, by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

    Estate of James Robert Swab
    c/o Shirley Ann Stratham-Swab
    P.O. Box 194
    Carlsbad, California 92018

I am readily familiar with the business' practice for collection and processing of correspondence and mailing with United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit with postage thereon fully prepaid at Corona, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  1·3·08  at Corona, California.

Susana Tovar
Printed Name

_____
Signature