Fransen & Molinaro, LLP
1101 California Ave. Ste. 102
Corona, CA 92881
Tel. (951)520-9684

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGER MICHAEL GOMEZ,** ) | **CIVIL ACTION NO.: 07 CV 2423 W** |
| ) | |
| **Plaintiff,** ) | **DATE: January 31, 2008** |
| **v.** ) | |
| ) | **WAIVER OF SERVICE OF SUMMONS** |
| **ESTATE OF JAMES ROBERT SWAB** ) | |
| **and DOES 1-10** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## **WAIVER OF SERVICE OF SUMMONS**

To Paul J. Molinaro, Attorney for Plaintiff ROGER MICHAEL GOMEZ:

     I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

     I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

     I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

     I also understand that I, or the entity I represent, must file and serve an answer or a motion

under Rule 12 within 60 days from January 31, 2008, the date when this request was sent. If I fail
to do so, a default judgment will be entered against me or the entity I represent.

Dated: _____2 - 5 - 08_____

By: _____ a Honey for Defendant

## Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in
saving unnecessary expenses of serving a summons and complaint. A defendant who is located in
the United States and who fails to return a signed waiver of service requested by a plaintiff located
in the United States will be required to pay the expenses of service, unless the defendant shows
good cause for the failure.

"Good cause'" does not include a belief that the lawsuit is groundless, or that it has been
brought in an improper venue, or that the court has no jurisdiction over this matter or over the
defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and
objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an
answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and
returning the waiver form, you are allowed more time to respond than if a summons had been
served.

Fransen & Molinaro, LLP
1101 California Ave. Ste. 102
Corona, CA 92881
Tel. (951)520-9684