Martin T. McGuinn   082530
Jana Logan          171152
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000  Facsimile:  (619) 685-4004

Attorneys for Defendant
Shirley Swab, Trustee of the
Estate of James Robert Swab

UNITED STATES DISTRICT COURT

Southern District of California

| | |
|---|---|
| ROGER MICHAEL GOMEZ | Case No. 07 CV 2423 W-WMC |
| Plaintiff | |
| v. | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| ESTATE OF JAMES ROBERT SWAB and DOES 1-10 | |
| Defendants | |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD

The undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| **PARTY** | **CONNECTION** |
| ROGER MICHAEL GOMEZ | PLAINTIFF |
| ESTATE OF JAMES ROBERT SWAB | DEFENDANT |
| SHIRLEY SWAB, TRUSTEE OF THE ESTATE OF JAMES ROBERT SWAB | DEFENDANT |

Date:   March 27, 2008                                KIRBY & McGUINN, A P.C.

   s/ Jana Logan
Attorneys for Defendant Shirley Swab,
Trustee of the Estate of James Robert Swab
jlogan@kirbymac.com