1  Martin T. McGuinn   082530
   Jana Logan        171152
2  KIRBY & McGUINN, A P.C.
   600 B Street, Suite 1950
3  San Diego, California 92101-4515
   Telephone: (619) 685-4000  Facsimile: (619) 685-4004
4

5  Attorneys for Defendant
   Shirley Swab, Trustee of the
6  Estate of James Robert Swab

7

8              UNITED STATES DISTRICT COURT

9                Southern District of California

10

11 ROGER MICHAEL GOMEZ           )  Case No. 07 CV 2423 W-WMC
                                 )
12          Plaintiff             )  PROOF OF SERVICE
                                 )
13 v.                            )
                                 )
14 ESTATE OF JAMES ROBERT SWAB and )
   DOES 1-10                     )
15                               )
            Defendants            )
16 _____)

17     I, Tina Floros, declare under penalty of perjury that the following facts are true and correct:

18     I am a resident of the State of California and over the age of 18 years and not a party to or

19 interested in the within entitled cause. I am an employee of KIRBY & McGUINN, and my business

20 address is 600 B Street, Suite 1950, San Diego, California 92101. On **March 27, 2008**, I served the

21 following document(s):

22     -   **ANSWER OF SHIRLEY SWAB, TRUSTEE OF THE ESTATE OF JAMES
           ROBERT SWAB AND THE DEFENDANT SUED AS THE "ESTATE OF JAMES
23         ROBERT SWAB"; AND**

24     -   **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

25     ■   MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail
           tray located in my office for deposit in the United States mail, with postage fully prepaid,
26         addressed as shown below. I am readily familiar with the business practice at my place
           of business for collection and processing of outgoing mail with the U.S. Postal Service
27         that same day in the ordinary course of business.

28

1    ☐   **OVERNIGHT DELIVERY:** by enclosing, a true copy(ies) in a sealed Federal Express/Overnite Express envelope(s) addressed as shown below.

2    ☐   **VIA FACSIMILE:** by transmitting via telefax to the number(s) shown below:

Attorneys for Plaintiff Roger Michael Gomez
Paul J. Molinaro
Frasen & Molinaro, LLP
1101 California Avenue, Suite 102
Corona, California 92881

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed on March 27, 2008.

_____
Tina Floros