UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MICHAEL GOMEZ, ) | Case No. 07-cv-2423 W (WMc) |
| Plaintiff, ) | **ORDER SETTING SETTLEMENT DISPOSITION CONFERENCE** |
| v. ) | |
| ESTATE OF JAMES ROBERT SWAB and DOES 1-10, ) | |
| Defendants. ) | |

The Court convened an Early Neutral Evaluation Conference ("ENE") on April 28, 2008. The parties were able to settle the matter at the ENE and a settlement was placed on the record. The Court will hold a telephonic Settlement Disposition Conference on **May 8, 2008** at **9:00 a.m.** Plaintiff's attorney is ordered to first contact defense counsel on the day and at the time listed above and then initiate a joint call to the Court at (619) 557-6624.

**IT IS SO ORDERED:**

DATED:  April 29, 2008

*/s/ W. McCurine Jr.*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:
HONORABLE THOMAS J. WHELAN, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD