UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MICHAEL GOMEZ, ) | Case No. 07-cv-2423 W (WMc) |
| ) | |
| Plaintiff, ) | **ORDER TO SHOW CAUSE FOR** |
| ) | **FAILURE TO COMPLY WITH COURT** |
| v. ) | **ORDER** |
| ) | |
| ESTATE OF JAMES ROBERT SWAB and ) | |
| DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

A telephonic Settlement Disposition Conference was scheduled for May 8, 2008 in the above-entitled case. Martin McGuinn appeared for Defendant. The attorney for Plaintiff failed to appear.

The Court's Order dated April 29, 2008 stated:

"The Court will hold a telephonic Settlement Disposition Conference on **May 8, 2008** at **9:00 a.m.** Plaintiff's attorney is ordered to first contact defense counsel on the day and at the time listed above and then initiate a joint call to the Court at (619) 557-6624."

[Doc. No. 8.]

No dismissal has been filed in this case and counsel did not contact chambers in advance of the teleconference regarding an inability to appear at the scheduled time. Thus, **IT IS HEREBY ORDERED** that counsel for plaintiff show cause why he failed to appear on the May 8, 2008 teleconference and why sanctions should not be imposed.

The OSC hearing will be held on **May 29, 2008 at 9:00 a.m.** in the chambers of Judge McCurine, 940 Front St., Courtroom C, San Diego, CA 92101. **IT IS FURTHER ORDERED** that **on or before May 15, 2008,** counsel shall provide a meaningful written response explaining the failure to appear. **Plaintiff's counsel shall also address why he has failed to lodge a copy of the Consent to Magistrate Jurisdiction form signed by his client**. The response shall be faxed to the Court at (619) 702-9972 and a copy shall be served on counsel for defendant.

**IT IS SO ORDERED:**

DATED: May 8, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE THOMAS J. WHELAN, U.S. DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD