UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MICHAEL GOMEZ, )<br>  )<br> Plaintiff, )<br>  )<br>v. )<br>  )<br>ESTATE OF JAMES ROBERT SWAB and )<br>DOES 1-10, )<br>  )<br> Defendants. ) | Case No. 07-cv-2423 W (WMc)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING FURTHER TELECONFERENCE** |

The Court has received an acceptable response to its Order to Show Cause dated May 8, 2008. [Doc. 10.] After careful consideration of the response, the Order to Show Cause is discharged without sanctions. The hearing set for May 29, 2008 at 9:00 a.m. is **VACATED**.

The Court will hold a further *telephonic* Settlement Disposition Conference on **May 27, 2008** at **9:00 a.m.** **Plaintiff's attorney** is ordered to first contact defense counsel on the day and at the time listed above and then initiate a joint call to the Court at (619) 557-6624.

**IT IS SO ORDERED:**

DATED: May 12, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court