Martin T. McGuinn (SBN 082530)
Cheryl Edwards Tannenberg (SBN 115537)
KIRBY & McGUINN, A P.C.
600 B Street, Suite 1950
San Diego, California 92101-4515
Telephone: (619) 685-4000   Facsimile: (619) 685-4004

Attorneys for Defendant ESTATE OF JAMES ROBERT SWAB

Paul J. Molinaro, Esq.
Nathan W. Fransen, Esq.
Fransen & Molinaro, LLP
980 Montecito Drive, Suite 206
Corona, CA 92879
Telephone: (951) 520-9684   Facsimile: (951) 284-1089

Attorneys for Plaintiff ROGER MICHAEL GOMEZ

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MICHAEL GOMEZ, | Case No. 07 CV 2423 W (WMC) |
| Plaintiff, | **JOINT MOTION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41** |
| v. | |
| ESTATE OF JAMES ROBERT SWAB and DOES 1-10, | Magistrate: Hon. William McCurine, Jr.<br>Action Filed: December 27, 2007 |
| Defendant. | |

The joint motion of Plaintiff Roger Michael Gomez and Defendant Estate of James Robert Swab respectfully represents:

1. Pursuant to the Settlement Agreement entered into and read into the record in open Court, Plaintiff Roger Michael Gomez and Defendant Estate of James Robert Swab now wish to obtain an order of dismissal with prejudice, pursuant to the terms of the settlement.

2. The parties desire Magistrate McCurine to retain jurisdiction to enforce the terms of the settlement and decide any disputes over the Settlement Agreement language.

3. Each party waives the right to court costs and attorneys' fees from the other party.

///

///

WHEREFORE, the parties jointly request relief as follows:

4. That Magistrate McCurine retain jurisdiction to enforce the terms of the settlement and decide any disputes over the Settlement Agreement language.

5. That the action be dismissed with prejudice.

Dated:  May 7, 2008                         KIRBY & McGUINN, A P.C.


By: /s/ Martin T. McGuinn
MARTIN T. McGUINN
Attorney for Defendant
ESTATE OF JAMES ROBERT SWAB
email: mmcguinn@kirbymac.com

Dated:  May 7, 2008                         FRANSEN & MOLINARO, LLP


By: /s/ Paul J. Molinaro
PAUL J. MOLINARO
Attorney for Plaintiff
ROGER MICHAEL GOMEZ
email: pmolinaro@molinaroandfransen.com