1  Martin T. McGuinn (SBN 082530)
   Cheryl Edwards Tannenberg (SBN 115537)
2  KIRBY & McGUINN, A P.C.
   600 B Street, Suite 1950
3  San Diego, California 92101-4515
   Telephone: (619) 685-4000
4  Facsimile:  (619) 685-4004

5  Attorneys for Defendant
   ESTATE OF JAMES ROBERT SWAB

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER MICHAEL GOMEZ, | Case No. 07 CV 2423 W (WMC) |
|     Plaintiff, | **DECLARATION OF SERVICE** |
| v. | Magistrate: Hon. William McCurine, Jr. |
| ESTATE OF JAMES ROBERT SWAB and DOES 1-10, | Action Filed: December 27, 2007 |
|     Defendant. | |

I, Beth Ward, declare under penalty of perjury that the following facts are true and correct: I am a resident of the State of California and over the age of 18 years and not a party to or interested in the above-entitled matter. I am an employee of Kirby & McGuinn, A P.C., and my business address is 600 B Street, Suite 1950, San Diego, California 92101-4515. On May 13, 2008, I served the following document(s):

**JOINT MOTION TO DISMISS ACTION**

by:

☐    MAIL: by placing a true copy(ies) thereof in a sealed envelope(s) in the outgoing mail tray located in my office for deposit in the United States mail, with postage fully prepaid, addressed as shown below. I am readily familiar with the business practice at my place of business for collection and processing of outgoing mail with the U.S. Postal Service that same day in the ordinary course of business.

☐    PERSONAL SERVICE: by personally serving by hand delivery in an envelope(s) addressed as shown below:

☐     OVERNIGHT DELIVERY: by enclosing, a true copy(ies) in a sealed FedEx envelope(s) addressed as shown below.

☐     VIA FACSIMILE: by transmitting via facsimile to the number(s) shown below:

■     ELECTRONICALLY through the U.S. District Court, Southern District website: https://ecf.casd.uscourts.gov.

Said document(s) was/were served on the following persons:

> Paul J. Molinaro, Esq.
> Nathan W. Fransen, Esq.
> Fransen & Molinaro, LLP
> 980 Montecito Drive, Suite 206
> Corona, CA 92879
> Telephone:  (951) 520-9684
> Facsimile:   (951) 284-1089
> *Attorneys for Plaintiff Roger Michael Gomez*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 13, 2008, at San Diego, California.


                                                      */s/ Beth Ward*
                                                      Beth Ward