UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MICHAEL GOMEZ,<br><br>    Plaintiff,<br><br>v.<br><br>ESTATE OF JAMES ROBERT SWAB and DOES 1-10,<br><br>    Defendants. | Case No. 07-cv-2423 W (WMc)<br><br>CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE McCURINE AND FOR JURISDICTION OVER SETTLEMENT |

    In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned case hereby waive their right to proceed before a United States District Judge and consent to have United States Magistrate Judge William McCurine, Jr. conduct any and all further proceedings in the case, including the order for the entry of judgment.

    In addition, notwithstanding the dismissal, Judge McCurine shall have continuing jurisdiction to resolve any and all disputes pertaining to the settlement documents as well as

///
///
///
///
///



07cv2423 W (WMc)

**ORIGINAL**

1  enforcement of and compliance with the settlement agreement. Each party waives any right to
2  appeal from or collaterally attack any ruling by Judge McCurine.

_____

ROGER GOMEZ, Plaintiff

_____

PAUL MOLINARO, Attorney for Plaintiff

*/s/ Shirley Swab*

SHIRLEY SWAB for the Estate of James Robert Swab

*/s/ Martin McGuinn*

MARTIN McGUINN, Attorney for Defendant

Date: _____

IT IS SO ORDERED:        _____
                         HON. THOMAS J. WHELAN, DISTRICT JUDGE
                         UNITED STATES DISTRICT COURT

enforcement of and compliance with the settlement agreement. Each party waives any right to appeal from or collaterally attack any ruling by Judge McCurine.

_____

ROGER GOMEZ, Plaintiff

_____

PAUL MOLINARO, Attorney for Plaintiff

_____

SHIRLEY SWAB for the Estate of James Robert Swab

*[signature]*

MARTIN McGUINN, Attorney for Defendant

Date: _____

    IT IS SO ORDERED:

_____
HON. THOMAS J. WHELAN, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

1  enforcement of and compliance with the settlement agreement. Each party waives any right to
2  appeal from or collaterally attack any ruling by Judge McGuinn.

5  *[signature]*
6  ROGER GOMEZ, Plaintiff

10  _____
    PAUL MOLINARO, Attorney for Plaintiff

13  _____
14  SHIRLEY SWAB for the Estate of James Robert Swab

17  _____
18  MARTIN McGUINN, Attorney for Defendant

21  Date: _____

23  IT IS SO ORDERED:      _____
                           HON. THOMAS J. WHELAN, DISTRICT JUDGE
                           UNITED STATES DISTRICT COURT

1  enforcement of and compliance with the settlement agreement. Each party waives any right to
2  appeal from or collaterally attack any ruling by Judge McCurine.

_____

ROGER GOMEZ, Plaintiff

*[signature]*

_____

PAUL MOLINARO, Attorney for Plaintiff

_____

SHIRLEY SWAB for the Estate of James Robert Swab

_____

MARTIN McGUINN, Attorney for Defendant

Date: 5/27/08

IT IS SO ORDERED:

_____
HON. THOMAS J. WHELAN, DISTRICT JUDGE
UNITED STATES DISTRICT COURT