**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROGER MICHAEL GOMEZ,<br><br>             Plaintiff,<br><br>v.<br><br>ESTATE OF JAMES ROBERT SWAB and DOES 1-10,<br><br>             Defendant. | Case No. 07 CV 2423 WMc<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Magistrate:  Hon. William McCurine, Jr.<br>Action Filed:  December 27, 2007 |

Upon the joint motion of the parties,

**IT IS HEREBY ORDERED** that this action be dismissed with prejudice.

DATED: May 30, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

ORDER DISMISSING ACTION WITH PREJUDICE            Case No. 07 CV 2423 WMc